### CALLOWAY v. MUNN.

Appeal from the Lewis Circuit Court.

*Opinion of the Court, delivered by Scott, Judge.*

The question involved in this case, was determined at
the present term of the court in the case of Jamison v.
Yates.

The judgment of the circuit court is reversed and the
cause remanded.